# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-08859-SVW-PJW | Date | January 31, 2018 |
|---|---|---|---|
| Title | Susan Wong Calvo v. Greenpoint Mortgage Funding, Inc. et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER re NOTICE of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c) Dismissal filed by plaintiff in pro per Susan Wong Calvo [29]

The Court, having received pro se plaintiff's notice of dismissal, filed January 11, 2018, dismisses the action in it's entirety. All previously set dates are vacated and are off calendar.

Initials of Preparer    PMC